# Exhibit A

BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCT LIABILITY LITIGATION | MDL DOCKET NO. _____ |
|---|---|

**SCHEDULE OF ACTIONS**

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff(s):**<br>Donavette Ely, individually and as next friend to minor plaintiff N.G.<br><br>**Defendants(s):**<br>Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc. | U.S. District Court Southern District of Alabama (Mobile) | 1:22-cv-00268 | Kristi K. DuBose |
| **Plaintiff(s):**<br>Blair Aranda and Gregorio Aranda, individually, and Blair Aranda as the Personal Representative of the Estate of Brantley Aranda<br><br>**Defendants(s):**<br>Meta Platforms, Inc., formerly known as Facebook, Inc. | U.S. District Court Northern District of California (San Francisco Division) | 3:22-cv-04209 | James Donato |

| | | | |
|---|---|---|---|
| **Plaintiff(s):**<br>Ashleigh Heffner, individually and as the Personal Representative of the Estate of Liam Birchfield<br><br>**Defendants(s):**<br>Meta Platforms, Inc., formerly known as Facebook, Inc., and Snap, Inc. | U.S. District Court Northern District of California (San Francisco Division) | 3:22-cv-03849 | James Donato |
| **Plaintiff(s):**<br>Alexandra, Benjamin, and Jennifer Martin<br><br>**Defendants(s):**<br>Meta Platforms, Inc., formerly known as Facebook, Inc. | U.S. District Court Northern District of California (San Francisco Division) | 3:22-cv-04286 | Alex G. Tse |
| **Plaintiff(s):**<br>Brandy Roberts and Toney Roberts, individually, and Brandy Roberts, as the Persona Representative of the Estate of Englyn Roberts<br><br>**Defendants(s):**<br>Meta Platforms, Inc., formerly known as Facebook, Inc., Snap, Inc., TikTok, Inc., and ByteDance, Inc. | U.S. District Court Northern District of California (Oakland) | 4:22-cv-04210 | Yvonne Gonzalez Rogers |
| **Plaintiff(s):**<br>Tammy Rodriguez, individually and as the Personal Representative of the Estate of Selena Rodriguez<br><br>**Defendants(s):**<br>Meta Platforms, Inc., formerly known as Facebook, Inc., Snap, Inc., TikTok, Inc., ByteDance, Inc. | U.S. District Court Northern District of California (San Francisco Division) | 3:22-cv-00401 | James Donato |

| **Plaintiff(s):**<br>Autumn Seekford<br><br>**Defendants(s):**<br>Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc. | U.S. District Court Northern District of California (Oakland) | 4:22-cv-03883 | Donna M. Ryu |
|---|---|---|---|
| **Plaintiff(s):**<br>Alexis, Kathleen, and Jeffrey Spence<br><br>**Defendants(s):**<br>Meta Platforms, Inc., formerly known as Facebook, Inc. | U.S. District Court Northern District of California (Oakland Division) | 4:22-cv-03294 | Haywood S. Gilliam, Jr. |
| **Plaintiff(s):**<br>CN and Candace Wuest<br><br>**Defendants(s):**<br>Meta Platforms, Inc., formerly known as Facebook, Inc. | U.S. District Court Northern District of California (Oakland Division) | 4:22-cv-04283 | Jeffrey S. White |
| **Plaintiff(s):**<br>Kelli Cahoone, individually and as next friend to minor plaintiff E.R.<br><br>**Defendants(s):**<br>Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc. | U.S. District Court District of Colorado (Denver) | 1:22-cv-01848 | Daniel D. Domenico |

| | | | |
|---|---|---|---|
| **Plaintiff(s):**<br>Malinda Harris, individually and as next friend to minor plaintiff B.J.<br><br>**Defendants(s):**<br>Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc. | U.S. District Court District of Colorado (Denver) | 1:22-cv-01420 | Regina M. Rodriguez |
| **Plaintiff(s):**<br>Cecelia Tesch, individually and as next friend to minor plaintiff R.P.<br><br>**Defendants(s):**<br>Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc. | U.S. District Court District of Colorado (Denver) | 1:22-cv-01795 | Regina M. Rodriguez |
| **Plaintiff(s):**<br>Jessica Guerrero, individually and as next friend to minor plaintiff S.G.<br><br>**Defendants(s):**<br>Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc. | U.S. District Court District of Delaware (Wilmington Division) | 1:22-cv-00750 | Maryellen Noreika |

| | | | |
|---|---|---|---|
| **Plaintiff(s):**<br>Naomi Charles<br><br>**Defendants(s):**<br>Meta Platforms, Inc.;<br>Facebook Holdings, LLC;<br>Facebook Operations, LLC;<br>Facebook Payments, Inc.;<br>Facebook Technologies, LLC;<br>Instagram, LLC; and Siculus, Inc. | U.S. District Court Southern District of Florida (Miami) | 1:22-cv-21721 | Darrin P. Gayles |
| **Plaintiff(s):**<br>Megan Waddell, individually and as next friend to minor plaintiff C.W.<br><br>**Defendants(s):**<br>Meta Platforms, Inc.;<br>Facebook Holdings, LLC;<br>Facebook Operations, LLC;<br>Facebook Payments, Inc.;<br>Facebook Technologies, LLC;<br>Instagram, LLC; and Siculus, Inc. | U.S. District Court Northern District of Georgia (Gainesville) | 2:22-cv-00112 | Richard W. Story |
| **Plaintiff(s):**<br>Kim Isaacs, individually and as next friend to minor plaintiff A.I.<br><br>**Defendants(s):**<br>Meta Platforms, Inc.;<br>Facebook Holdings, LLC;<br>Facebook Operations, LLC;<br>Facebook Payments, Inc.;<br>Facebook Technologies, LLC;<br>Instagram, LLC; and Siculus, Inc. | U.S. District Court Northern District of Illinois (Chicago Division) | 1:22-cv-03883 | Gary Feinerman |
| **Plaintiff(s):**<br>Virginia Roth, individually and as next friend to minor J.R.<br><br>**Defendants(s):**<br>Meta Platforms, Inc.;<br>Facebook Holdings, LLC; | U.S. District Court Northern District of Illinois (Chicago Division) | 1:22-cv-02968 | Franklin U. Valderrama |

| | | | |
|---|---|---|---|
| Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc. | | | |
| **Plaintiff(s):** Diane Williams, individually and as next friend to minor C.M.<br><br>**Defendants(s):** Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc. | U.S. District Court Northern District of Illinois (Chicago Division) | 1:22-cv-03470 | Franklin U. Valderrama |
| **Plaintiff(s):** Brianna Murden<br><br>**Defendants(s):** Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc. | U.S. District Court Southern District of Illinois (East St. Louis) | 3:22-cv-01511 | Reona J. Daly |
| **Plaintiff(s):** Nina White<br><br>**Defendants(s):** Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc. | U.S. District Court Eastern District of Kentucky (Lexington Division) | 5:22-cv-00189 | Karen K. Caldwell |

| **Plaintiff(s):**<br>Klinten Craig<br><br>**Defendants(s):**<br>Meta Platforms, Inc.;<br>Facebook Holdings, LLC;<br>Facebook Operations, LLC;<br>Facebook Payments, Inc.;<br>Facebook Technologies, LLC;<br>Instagram, LLC; and Siculus, Inc. | U.S. District Court Western District of Kentucky (Bowling Green Division) | 1:22-cv-00087 | Greg N. Stivers |
|---|---|---|---|
| **Plaintiff(s):**<br>Darla Gill, individually and as the Personal Representative of the Estate of Emma Claire Gill, and Joseph Ryan Gill, individually<br><br>**Defendants(s):**<br>Meta Platforms, Inc., formerly known as Facebook, Inc., Snap, Inc., TikTok, Inc., and ByteDance, Inc. | U.S. District Court Western District of Lousiana (Alexandria Division) | 1:22-cv-02173 | Elizabeth E. Foote |
| **Plaintiff(s):**<br>Valentina Estevanott<br><br>**Defendants(s):**<br>Meta Platforms, Inc.;<br>Facebook Holdings, LLC;<br>Facebook Operations, LLC;<br>Facebook Payments, Inc.;<br>Facebook Technologies, LLC;<br>Instagram, LLC; and Siculus, Inc. | U.S. District Court Western District of Missouri (Springfield) | 6:22-cv-03149 | M. Douglas Harpool |
| **Plaintiff(s):**<br>Brittney Doffing, individually and as next of friend to minor plaintiff M.K.<br><br>**Defendants(s):**<br>Meta Platforms, Inc., formerly known as Facebook, Inc., and Snap, Inc. | U.S. District Court District of Oregon (Medford Division) | 1:22-cv-00100 | Mark D. Clarke |

| | | | |
|---|---|---|---|
| **Plaintiff(s):**<br>Ayla Tanton, individually and as next friend to minor plaintiff M.R.<br><br>**Defendants(s):**<br>Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc. | U.S. District Court Middle District of Tennessee (Nashville Division) | 3:22-cv-00411 | Eli J. Richardson |
| **Plaintiff(s):**<br>Stephanie Carter, individually and as Next of Friend to minor plaintiff F.M.<br><br>**Defendants(s):**<br>Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc. | U.S. District Court Northern District of Texas (Dallas Division) | 3:22-cv-01343 | Ada Brown |
| **Plaintiff(s):**<br>Nadia Camacho<br><br>**Defendants(s):**<br>Meta Platforms, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc. | U.S. District Court Southern District of Texas (Houston Division) | 4:22-cv-01815 | George C. Hanks, Jr. |

| **Plaintiff(s):**<br>Donna Dawley, individually and Personal Representative of the Estate of Christopher J. Dawley<br><br>**Defendants(s):**<br>Meta Platforms, Inc., formerly known as Facebook, Inc., and Snap, Inc. | U.S. District Court Eastern District of Wisconsin (Milwaukee Division) | 2:22-cv-00444 | J.P. Stadtmueller |

Dated: August 1, 2022

Respectfully Submitted,

/s/ Joseph G. VanZandt

**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, LLC**
Joseph G. VanZandt (*pro hac vice*)
234 Commerce Street
Montgomery, AL 36103
Tel: 334-269-2343
*Joseph.VanZandt@BeasleyAllen.com*

 ATTORNEYS FOR PLAINTIFFS
*Donavette Ely, individually and as next friend to minor plaintiff N.G.; Autumn Seekford; Kelli Calhoone, individually and as next friend for minor plaintiff E.R.; Malinda Harris, individually and as next friend to minor plaintiff B.J.; Jessica Guerrero, individually and as next friend to minor plaintiff S.G.; Naomi Charles; Megan Waddell, individually and as next friend to minor plaintiff C.W.; Virginia Roth, individually and as next friend to minor J.R.; Diane Williams, individually and as next friend to minor C.M.; Brianna Murden; Valentina Estevanott; Ayla Tanton, individually and as next friend to minor plaintiff M.R.; Nadia Camacho; Klinten Craig; Kim Isaacs, individually and as next friend to minor plaintiff A.I.; Nina White; Stephanie Carter, individually*

9

*and as Next of Friend to minor plaintiff F.M.*
**1:22-cv-00268**
**1:22-cv-03883**
**1:22-cv-01848**
**2:22-cv-00112**
**1:22-cv-01420**
**1:22-cv-21721**
**4:22-cv-01815**
**6:22-cv-3149**
**1:22-cv-00750**
**1:22-cv-01420**
**1:22-cv-02968**
**3:22-cv-01511**
**1:22-cv-03470**
**3:22-cv-03883**
**3:22-cv-00411**
**1:22-cv-00087**
**5:22-cv-00189**
**3:22-cv-01343**