**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCT LIABILITY LITIGATION | MDL DOCKET NO.: |

**REQUEST FOR ORAL ARGUMENT**

Counsel for Movant-Plaintiff Brianna Murden respectfully requests oral argument before the Panel. Oral argument will assist the Panel in resolving the issues raised herein. Specifically, oral argument will aid the Panel in understanding the various issues presented by this complex litigation and the positions of the various parties. Further, oral argument will help the Panel understand why coordinating or consolidating and transferring these actions will prevent unnecessary duplication, avoid inconsistent results, and promote efficiency in the judiciary and amongst the parties.

Oral argument will also afford the parties the opportunity to address questions the Panel may have regarding the actions and pending motion. Given that an anticipated large amount of tag-along cases involving similar facts and claims will surely continue to be filed, oral argument will allow the parties to update the Panel on the number of filed cases and address the impact that additional related cases may have on the Panel's consideration of this motion. Accordingly, Movant-Plaintiff respectfully requests that the Panel grant this request for oral argument.

Respectfully submitted,                              Dated:  August 1, 2022

*/s/ Joseph G. VanZandt*
Joseph G. VanZandt
BEASLEY ALLEN CROW
METHVIN PORTIS & MILES, LLC
234 Commerce Street
Montgomery, AL 36103
Telephone:  334-269-2343
Facsimile:   334-954-7555
Joseph.VanZandt@BeasleyAllen.com

***Attorneys for Movant-Plaintiff***