# EXHIBIT A

**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | ) |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCT LIABILITY LITIGATION | ) MDL DOCKET NO. 3047 ) ) |

## SCHEDULE OF ACTION

| | Plaintiff | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1 | LAUREL CLEVENGER | META PLATFORMS, INC., FACEBOOK HOLDINGS, LLC, FACEBOOK OPERATIONS, LLC, FACEBOOK PAYMENTS, INC., FACEBOOK TECHNOLOGIES, LLC, INSTAGRAM, LLC, AND SICULUS, INC. | Eastern District of Pennsylvania | 2:22-cv-03076-GJP | Judge Gerald Pappert |

Dated: August 4, 2022    Respectfully submitted,

**LEVIN SEDRAN & BERMAN LLP**

By:    /s/ *Michael M. Weinkowitz*
Michael M. Weinkowitz
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106-3697
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
Email: MWeinkowitz@lfsblaw.com

*Attorney for Plaintiff Clevenger*