# BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCT LIABILITY LITIGATION | ) ) MDL DOCKET NO. 3047 ) ) |

## PROOF OF SERVICE

I MICHAEL M. WEINKOWITZ, hereby certify that counsel for all parties that are registered for electronic service by the Court's CM/ECF system; that the foregoing Notice of Appearance and this Proof of Service are being filed by ECF; and that all parties are being served electronically by the CM/ECF system's notice of electronic filing and also via Email and First Class mail:

**Attorneys for Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram LLC, and Siculus, Inc.:**
*Via email*

Ashley M. Simonsen
Isaac D. Chaput
Phyllis Alene Jones
Maria Georges
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
*asimonsen@cov.com*
*ichaput@cov.com*
*pajones@cov.com*
*mgeorges@cov.vom*

Bryan B House
Kate E Gehl
**FOLEY & LARDNER LLP**
777 E Wisconsin Ave - Ste 3800
Milwaukee, WI 53202
*bhouse@foley.com*
*kgehl@foley.com*

Jacob T. Spencer
Kristin Andrea Linsley
Laura O'Boyle
Rosemarie Ring
Collin Joe Cox
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Ave. NW
Washington, DC 20036
*jspencer@gibsondunn.com*
*klinsley@gibsondunn.com*
*loboyle@gibsondunn.com*
*ccox@gibsondunn.com*
*rring@gibsondunn.com*

Timothy M. Cunningham
Adam Sieff
Ambika Kumar
**DAVIS WRIGHT TREMAINE, LLP**
1300 SW Fifth Avenue
Suite 2400
Portland, OR 97201-5630
*timcunningham@dwt.com*
*adamsieff@dwt.com*
*ambikakumar@dwt.com*

Jack B. Blumenfeld
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Jbbefiling@mnat.com*

**Attorneys for Snap, Inc.:**
*Via email*

Ariel Tal Teshuva
Jonathan Hugh Blavin
Laura Lopez
Rosa Leda Ehler
Lauren Bell
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue
Ste Fl 50
Los Angeles, CA 90071
*ariel.teshuva@mto.com*
*jonathan.blavin@mto.com*
*laura.lopez@mto.com*
*rose.ehler@mto.com*
*lauren.bell@mto.com*

Ciaran Patrick Ahern Connelly
James T. McDermott
**MCDERMOTT WEAVER CONNELLY CLIFFORD LLP**
1000 SW Broadway
Ste 960
Portland, OR 97205
*cconnelly@mwcc.law*
*jmcdermott@mwcc.law*

**Attorneys for TikTok, Inc. and ByteDance, Inc.:**
*Via email*

Albert Quoc Giang
David Paul Mattern
Geoffrey Drake
**KING & SPALDING LLP**
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
*agiang@kslaw.com*
*dmattern@kslaw.com*
*gdrake@kslaw.com*

Dated: August 4, 2022

Respectfully submitted,

**LEVIN SEDRAN & BERMAN LLP**

By:     /s/ *Michael M. Weinkowitz*
Michael M. Weinkowitz
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106-3697
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
Email: MWeinkowitz@lfsblaw.com

*Attorney for Plaintiff Clevenger*