# UNITED STATES JUDICIAL PANEL
## on
# MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIR:** | **MEMBERS:** | | **DIRECT REPLY TO:** |
| Karen K. Caldwell | Nathaniel M. Gorton | Matthew F. Kennelly | John W. Nichols |
| United States District Court | United States District Court | United States District Court | Clerk of the Panel |
| Eastern District of Kentucky | District of Massachusetts | Northern District of Illinois | One Columbus Circle, NE |
| | | | Thurgood Marshall Federal |
| | David C. Norton | Roger T. Benitez | Judiciary Building |
| | United States District Court | United States District Court | Room G-255, North Lobby |
| | District of South Carolina | Southern District of California | Washington, D.C. 20544-0005 |
| | Dale A. Kimball | Madeline Cox Arleo | Telephone: (202) 502-2800 |
| | United States District Court | United States District Court | Fax: (202) 502-2888 |
| | District of Utah | District of New Jersey | |

# ADVISORY

Counsel appearing for oral argument before the Panel may bring cell phones and laptop computers into the courthouse. All cell phones must be turned off before entering the courtroom.

Please see and plan to abide by the Eastern District of Missouri's requirements regarding public access in light of COVID-19 which can be found on the court's website: https://www.moed.uscourts.gov.