# SEEGERWEISS LLP

September 27, 2022

**Via ECF and Federal Express**

Hon. John W. Nichols
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC  20544-0005

Re: **In re Social Media Adolescent Addiction/Personal Injury Products Liability Litigation, MDL No. 3047**

Dear Mr. Nichols:

Pursuant to Rule 3.2(d) of the Panel's Rules, the undersigned counsel for Plaintiffs Brittany Doffing *et al.*—who filed a response (ECF No. 67) to the motion for centralization that is pending in the above-referenced matter and scheduled to be heard by the Panel this Thursday, September 29, 2022—writes to apprise the Panel of supplemental information relevant to the motion.

Specifically, on September 15, 2022, a Petition for Coordination and Application for Complex Designation was filed with the Judicial Council of California in ten cognate California state court actions.  *See In re Social Media Adolescent Addiction*, No. JCCP No. 5255 (Cal. Jud. Council Sept. 15, 2022).  A copy of that petition (without the accompanying memorandum of points and authorities and declaration in support, which total over 750 pages) is annexed hereto as Exhibit A.

In addition, a class action complaint was filed today in California Superior Court, San Mateo County, against Defendant Meta and its affiliates.  *See V.P. v. Meta Platforms, Inc.*, No. 22-CIV-03935 (Cal. Super. Ct., San Mateo Cty. Sept. 27, 2022).  A copy of that complaint is annexed hereto as Exhibit B.

These recent filings are relevant to the consideration of whether the MDL judge selected can readily coordinate with related state court cases.

Respectfully,

*/s/ Christopher A. Seeger*
Christopher A. Seeger

Attachments (2)
cc:  All counsel of record (via ECF or email)