**BEFORE THE JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

**IN RE: SOCIAL MEDIA ADOLESCENT
ADDICTION/ PERSONAL INJURY PRODUCTS
LIABILITY LITIGATION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/ PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Youngers, et al. v. Meta Platforms, Inc., et al.; No. 1:22-cv-00608* | MDL No. 3047 |

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-1)**

In compliance with Rule 7.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiffs Joleen Youngers, as personal representative of the wrongful death estate of L.K., a deceased minor child, Ar. K., and An. K., give notice of opposition to Conditional Transfer Order (CTO – 1) as it relates to the following case: *Youngers, et al. v. Meta Platforms, Inc., et al.; No. 1:22-cv-00608*

Dated: October 17, 2022

Respectfully submitted,

*/s/ Anthony K Bruster*
Anthony K. Bruster
Texas Bar No. 24036280
680 N. Carroll Ave.
Suite 110
Southlake, TX
Phone: (817) 601-9564
Fax: (817) 796-2929
Email: akbruster@brusterpllc.com

*Attorney for Plaintiffs*

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing were served on all parties electronically via ECF on October 17, 2022.

Respectfully submitted,

*/s/ Anthony K Bruster*
Anthony K. Bruster