BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE SOCIAL MEDIA ADOLESCENT ADDICTION/ PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Youngers, et al. v. Meta Platforms, Inc., et al.; No. 1:22-cv-00608* | MDL NO. 3047 |

**MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO – 1)**

In compliance with Rule 7.1(f) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiffs Joleen Youngers, as personal representative of the wrongful death estate of L.K., a deceased minor child, Arthur Karr, and Angela Karr[1] move the Panel to vacate Conditional Transfer Order (CTO – 1) as it relates to *Youngers, et al. v. Meta Platforms, Inc., et al.; No. 1:22-cv-00608* (the "*Youngers* Case") and in support thereof state:

1. Pursuant to Rule 6.1(b)(ii) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiffs provide the following information concerning the *Youngers* Case:

    a. **The complete name of each action involved, listing the full name of each party included as such on the district court's docket sheet, not shortened by the use of references such as "et al." or "etc."**

    Plaintiffs:  Joleen Youngers, as personal representative of the wrongful death estate of L.K., a deceased minor child, Arthur Karr, and Angela Karr

    Defendants:  Meta Platforms, Inc., F/K/A Facebook, Inc., Snap, Inc., ByteDance, Inc., TikTok, Inc., Skyler Stanford, Saul Rodarte, and Adam Anaya

---

[1] Arthur Karr and Angela Karr original filed using the pseudonyms "Ar. K. and An. K." as additional protection of the anonymity and privacy of their deceased minor daughter, L.K., but will file in the appropriate forum a motion for leave to file an amended complaint with their complete names once the Motion to Remand is decided.

1

    b. **The district court and division where each action is pending.**

       The United States District Court for the District of New Mexico

    c. **The civil action number of each action.**

       1:22-CV-00608

    d. **The name of the judge assigned each action, if known.**

       The. Hon. Kea W. Riggs

2. CTO-1 should be vacated as it relates to the *Youngers* Case because:

   a. there is no federal jurisdiction over the *Youngers* Case;

   b. the issues of fact and law upon which a jurisdictional inquiry will turn are not likely to arise in other actions pending in the consolidated proceedings;

   c. principals of judicial economy support vacating CTO-1; and

   d. the *Youngers* Case was removed in bad faith.

3. The central issues in a motion to remand will be (1) whether the doctrine of procedural misjoinder has been adopted in the Tenth Circuit, and (2) whether Defendants Stanford, Rodarte, and Anaya were properly joined under New Mexico law. There is no efficiency to be gained by having these issues decided in the MDL, indeed it would be inefficient for these claims to be litigated in the MDL.

4. Moreover, as is shown in the Brief in Support of Motion to Vacate Conditional Transfer Order (CTO – 1), there was no good faith basis for removal in the first instance.

5. Plaintiffs' have filed (along with the supporting Memorandum of Law in support of Plaintiffs' Motion to Remand) in United States District Court for the District of New Mexico Plaintiffs' Motion to Remand. All briefing in support and opposition to Plaintiffs' Motion to Remand was completed on September 23, 2022, and said Motion should be decided by the United States District Court for the District of New Mexico.

3

WHEREFORE, Plaintiffs N Joleen Youngers, as personal representative of the wrongful death estate of L.K., a deceased minor child, Arthur Karr, and Angela Karr pray that the Panel vacate Conditional Transfer Order (CTO – 1) as it relates to the *Youngers* Case and for all other just relief.

Dated:  November 1, 2022.                Respectfully submitted,


                                              */s/ Anthony K Bruster*
Anthony K. Bruster
Texas Bar No. 24036280
680 N. Carroll Ave., Suite 110
Southlake, TX 76092
Phone:  (817) 601-9564
Fax:  (817) 796-2929
Email:  akbruster@brusterpllc.com

*Attorney for Plaintiffs*