**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION  ) ) ) ) | MDL NO. 3047 |
| THIS DOCUMENT RELATES TO:  ) ) | |
| *V.V. et al v. Meta Platforms, Inc. et al*;  ) NO. CT/3:23-cv-00284  ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Matthew P. Bergman of the Social Media Victims Law Center hereby withdraws as counsel for Plaintiffs V.V. and E.Q. in the instant matter.

DATED: May 24, 2023.

                                                Respectfully submitted,

                                                SOCIAL MEDIA VICTIMS LAW CENTER

                                                By: */s/ Matthew P. Bergman*
                                                Matthew P. Bergman
                                                matt@socialmediavictims.org
                                                520 Pike Street, Suite 1125
                                                Seattle, WA 98101
                                                T: (206) 741-4862