BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |

NOTICE OF POTENTIAL TAG-ALONG ACTIONS

Pursuant to Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendants Meta Platforms, Inc.; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; and Instagram, LLC write to notify the Clerk of the Panel of the following potential tag-along actions to *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, MDL No. 3047.

1. *Board of Education of Anne Arundel County, Maryland v. Meta Platforms, Inc. et al.*, Case No. 1:23-cv-02327, U.S. District Court for the District of Maryland, Baltimore Division (filed August 24, 2023);

2. *Charlotte-Mecklenburg Board of Education v. Meta Platforms, Inc. et al.*, Case No. 3:23-cv-00535, U.S. District Court for the Western District of North Carolina, Charlotte Division (filed August 24, 2023);

3. *School District of Greenville County v. Meta Platforms, Inc. et al.*, Case No. 6:23-cv-04296, U.S. District Court for the District of South Carolina, Greenville Division (filed August 28, 2023);

4. *Board of Education of Charles County v. Meta Platforms, Inc. et al.*, Case No. 8:23-cv-02367, U.S. District Court for the District of Maryland, Greenbelt Division (filed August 30, 2023).

Attached to this Notice are a Schedule of Actions and, as Exhibits A through D, the docket sheets and complaints for these actions. The complaints for these potential tag-along actions share common questions of fact and law with other actions previously transferred to MDL No. 3047. These cases are therefore "Tag-Along Actions" for purposes of these proceedings.

2

Dated:  September 19, 2023            Respectfully submitted,


/s/ Phyllis A. Jones

Phyllis A. Jones
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
Telephone:  (202) 662-6000
Email:  pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc.; Facebook Payments, Inc.; Siculus, Inc.; Facebook Operations, LLC; and Instagram, LLC*